# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGHTYEAR MEDIA INC., a Canadian corporation,<br><br>Plaintiff,<br>v.<br>CASA DEL SOL SPIRITS CO., a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendant. | **Case No. 2:24-cv-06435-MEMF**<br><br>**JUDGMENT AGAINST CASA DEL SOL SPIRITS CO.** |

SMTD Law LLP
A LIMITED LIABILITY PARTNERSHIP

- 1 -

**DEFAULT JUDGMENT AGAINST DEFAULTED DEFENDANT**

Based upon the application of Plaintiff LIGHTYEARMEDIA INC. for a default judgment, and the evidence received in support thereof, JUDGMENT IS HEREBY ENTERED in favor of LIGHTYEARMEDIA INC. and against CASA DEL SOL SPIRITS CO. (herein "Defaulted Defendant") in the following amounts:

| | |
|---|---:|
| Principal amount of damages | $472,000.00 |
| Costs of court | $1,402.20 |
| Pre-judgment interest (as of Jan. 13, 2025) | $67,948.65 |
| **Total requested judgment** | **$541,350.85** |

BRIAN D. KARTH, CLERK

Dated: 2/7/2025_____     \_\_\_\_*Yvette Louis*_____
                                                                     Yvette Louis, Deputy Clerk

SMTD Law LLP
A LIMITED LIABILITY
PARTNERSHIP

- 2 -

**DEFAULT JUDGMENT AGAINST DEFAULTED DEFENDANT**